UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LUC BURBON, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

SYSTEMFORWARD AMERICA, INC. d/b/a POP-A-LOCK,

                Defendant.

------------------------------------- x

ORDER

18 Civ. 7188 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: November 12, 2019
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge